ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (STATE BAR #50246)
220 Montgomery Street, Suite 303
San Francisco, CA 94104
Telephone: (415) 392-5431
Facsimile: (415) 392-1978

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ALL TEMP ENGINEERING, INC., etc., <br><br> Defendant. | NO. C 06 4334 WHA <br><br> STIPULATION AND ~~PROPOSED~~ ORDER TO REFER MATTER TO MEDIATION |

The parties have met and conferred by conference call, and desire to have the case referred to mediation. IT IS STIPULATED that this case be referred to ADR for mediation.

DATED: OCT 12 2006

Michael J. Carroll
Attorneys for Plaintiffs

DATED: 10/13/06

Roger M. Mason
Attorneys for Defendant

IT IS SO ORDERED.
DATED: October 18, 2006

Honorable William Alsup
Judge William Alsup

STIPULATION & ~~PROPOSED~~ ORDER TO REFER MATTER TO MEDIATION