ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA 94104
Telephone: (415) 392-5431

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ALL TEMP ENGINEERING, INC., a California corporation, etc. <br><br> Defendants. | NO. C 06 4334 WHA <br><br> STIPULATION FOR DISMISSAL; ORDER |

It is hereby stipulated between the parties that the above entitled action be dismissed with prejudice.

Dated: November 16, 2006

ERSKINE & TULLEY

By: _____
Michael J. Carroll
Attorneys for Plaintiffs

Dated: November 16, 2006

SWEENEY, MASON, WILSON
& BOSOMWORTH

By: _____
Roger M. Mason
Attorney for Defendants

STIPULATION FOR DISMISSAL; ORDER
1

O R D E R

It is so ordered.

Dated: November 16, 2006



_____
Honorable William H. Alsup

STIPULATION FOR DISMISSAL; ORDER
2